**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-6030**

—————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOSEPH GADY,

                              Defendant - Appellant.

—————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District
Judge.  (CR-96-985, CA-00-641-9-08)

—————

Submitted:  March 14, 2002          Decided:  March 26, 2002

—————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Joseph Gady, Appellant Pro Se.  Robert Hayden Bickerton, Assistant
United States Attorney, Charleston, South Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Gady seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Gady, Nos. CR-96-985; CA-00-641-9-08 (D.S.C. Sept. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2